UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv481

| | |
|---|---|
| ESTATE OF GRADY MANSON, by and through ZALENE MANSON, Administratrix and ZALENE MANSON<br>    Plaintiff,<br><br>v.<br><br>LEVI STRAUSS & CO.,<br>    Defendant | ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

**THIS MATTER** is before the Court on the parties' joint stipulation of dismissal with prejudice. (Doc. No. 10). **IT IS HEREBY ORDERED** that the instant case be dismissed with prejudice.

Signed: March 19, 2008

_____
Robert J. Conrad, Jr.
Chief United States District Judge